UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN MAGHI, | No. 2:14-cv-0154 KJM KJN |
| Plaintiff, | |
| v. | ORDER |
| GILA, LLC, | |
| Defendant. | |

In light of the parties' failure to file a joint statement regarding their discovery disagreement in accordance with Local Rule 251, IT IS HEREBY ORDERED that:

1. The October 23, 2014 hearing is vacated.

2. Plaintiff's motion for discovery (ECF No. 13) is denied without prejudice.

IT IS SO ORDERED.

Dated: October 17, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1